UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: JAMES S. SHOLEFF  :  MISC. NO. 07-410
:
:  JUDGE KESSLER
:
:

## ORDER

On Motion of Jeffrey A. Taylor, United States Attorney for the District of Columbia, filed in this matter on October 10, 2007; it appearing to the satisfaction of the Court:

1. That James S. Sholeff has been called to testify or provide other information at a deposition in the civil action captioned <u>Securities and Exchange Commission v. Charles Johnson, Jr., et al.</u>, (05-CV-00036)(GK) pending in the United States District Court for the District of Columbia, and in any further proceedings resulting therefrom or ancillary thereto including interviews with agents and attorneys of the United States Securities and Exchange Commission; and

2. That James S. Sholeff will refuse to testify and provide other information on the basis of his privilege against self-incrimination; and

3. That in the judgment of the said United States Attorney, the testimony or other information from said James S. Sholeff may be necessary to the public interest; and

4. That the aforesaid Motion filed herein has been made with the approval of the Assistant Attorney General for the Department of Justice, pursuant to the authority conferred by 18 U.S.C. Sections 6002-6003 and 28 C.F.R. § 0.175(a);

NOW, THEREFORE, IT IS ORDERED, pursuant to 18 U.S.C. Sections 6002-6003 that the said James S. Sholeff give testimony and provide other information which he would otherwise refuse to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated in any deposition in the civil action captioned <u>Securities and Exchange Commission v. Charles Johnson, Jr., et al.</u>, (05-CV-00036)(GK) and in any further proceedings resulting therefrom or ancillary thereto, including any trials and interviews with attorneys and staff of the United States Securities and Exchange Commission;

IT IS FURTHERED ORDERED THAT no such testimony or other information compelled under this Order (or any information directly and indirectly derived from such testimony or other information) may be used against the witness in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

IT IS FURTHER ORDERED THAT this Order shall become effective only if on or after the date of this Order James S. Sholeff refuses to testify or provide other information on the basis of his privilege against self-incrimination.

On this 31st day of October, 2007.

*/s/ Gladys Kessler*
HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA